**VALENTI LAW APC**
Matthew D. Valenti, Esq. (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Phone: (619) 540-2189

Attorney for Ahmed Al-kubaisi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>             Plaintiff,<br><br>  vs.<br><br>DAVID VICENTE JR; and DOES 1-10,<br><br><br>             Defendants. | CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES |

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date,

2  there is no conflict or interest (other than the named parties) to report.

3

4

5  DATED: July 17, 2025                    **VALENTI LAW APC**

6

7                                          By:   */s/ Matthew D. Valenti*

8                                                Matthew D. Valenti, Esq.
                                                 Attorney of Record for Plaintiff
9                                                Ahmed Al-kubaisi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES - 2