UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>   Plaintiff,<br><br> v.<br><br>DAVID VICENTE JR.,<br><br>   Defendant. | Case No. 4:25-cv-06044-LJC<br><br>**SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III**<br>(42 U.S.C. §§ 12131-89) |

  This action is assigned to the Honorable Lisa J. Cisneros.

  **Service of documents.** When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and the assigned judge's pertinent Standing Orders. (This case is otherwise exempt from Civil Local Rule 4-2.)

  **Magistrate Judge Jurisdiction.** This case has been randomly assigned to a magistrate judge, who, with written consent of all parties, may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment and post-trial motions, with appeal directly to the United States Court of Appeals for the Ninth Circuit. See "Consenting to the Jurisdiction of a Magistrate Judge" on the Court's webpage at www.cand.uscourts.gov for more information.

  Plaintiff or the removing party must complete and file the attached form "Consent or Declination to Magistrate Judge Jurisdiction" within 14 days of case initiation, and all other parties must do so within 14 days of appearing in the case, or as otherwise ordered by the Clerk or magistrate judge.

  **Important case management dates.** Counsel must comply with the dates listed below unless the judge otherwise orders.

| Case Management Event | Deadline |
|---|---|
| Complaint filed | 7/18/2025 |
| File Certification of Conflicts and Interested Entities or Persons. (See Civil L.R. 3-15) | Upon first appearance (and supplement as necessary) |
| Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | 60 days after Complaint filed |
| Last day for parties to make initial disclosures. (F.R. Civ. P. 26(a)(1), General Order 56 ¶4) | 7 days before Joint Site Inspection |
| Last day for parties and counsel to hold joint inspection of premises. (General Order 56 ¶7) | 60 days after service of complaint |
| Last day for parties to meet and confer in person to discuss settlement (General Order 56 ¶8) | 35 days after Joint Site Inspection |
| Last day for parties to file Notice of Need for Mediation and Certification of Counsel OR Notice of Settlement of ADA Access Case (General Order 56 ¶9) | 42 days after Joint Site Inspection or Settlement Meeting, whichever occurs first |
| Last day for plaintiff to file Notice Requesting Case Management Conference (General Order 56 ¶10; Civil L.R. 7-11) | 7 days after mediator files Certification of ADR Session certifying mediation process is concluded |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>   Plaintiff,<br><br>v.<br><br>DAVID VICENTE JR.,<br><br>   Defendant. | Case No. 4:25-cv-06044-LJC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____  NAME: _____

COUNSEL FOR (OR "PRO SE"): _____

*Signature or "/s/"*