UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>David Vicente Jr; and DOES 1-10,<br><br>    Defendants. | Case No.: 3:25-cv-06044-LJC<br><br>ORDER |

1   Upon considering the Parties' Stipulation to Dismiss IT IS HEREBY
2   ORDERED THAT this case is dismissed with prejudice as to all parties.
3
4   IT IS SO ORDERED.
5
6   DATED: December 4, 2025      _____
7                                Hon. Lisa J. Cisneros
8                                United States Magistrate Court Judge